# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0922. ROCHELLE BEASLEY v. UNIFUND CCR, LLC.**

This case originated in magistrate court. Following an adverse ruling, Rochelle Beasley appealed the magistrate court's decision to the superior court. The superior court entered summary judgment in favor of defendant Unifund CCR, LLC in the amount of $9,391.40. Beasley then filed this direct appeal. We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Beasley was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to do so deprives us of jurisdiction over this appeal.

Moreover, a discretionary application was required because this appeal involves an action for damages where the judgment entered was less than $10,000.00. See OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998). For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  01/26/2017
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*